## PETER LUCY VS BRIGANTINE *Swansey*, 1749

The Libel on the other part was fil'd and allow'd Nov[r] 11th 1749: and order'd that the Court be held on Tuesday Next at 10 O'clock A: M and that Process and Citation be Issued forth accordingly

S: Wickham Dep[t] Judge

COURT OF VICE ADM[Y]

Costs of Peter Lucy vs Brig[n] Swansey

| | |
|---|---:|
| Drawing Libel and Advo: Fee | £3.10 – |
| Filing and allowing D° | 2.10 |
| Citation etc | 1.4 |
| Taking the Vessel in Custody | 1.10 |
| Retraxit | 1.18 |
| Filing papers and taxing Cost | .16 – |
| | £11. 8 |

| | |
|---|---|
| Judge | 3.10 |
| Advo | 3.10 |
| Reg[r] | 2.10 |
| Marshall | 1.18 |
| | £11. 8 – |